UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.  2:24-cr-9-KCD-NPM

ALEXEI PUJOL, WILMA ENID
PADIN, WESLEY ALLISTER
NEIGLE SMALLING,

      Defendants,

_____/

## ORDER

Defendant Wilma Enid Padin was previously sentenced to 48 months in prison, followed by two years of supervised released, after pleading guilty to several drug trafficking offenses. (Doc. 9.) The Government now moves under Fed. R. Crim. P. 35(b)(2)(B) for a two-level reduction on her sentence because she provided substantial assistance. (Doc. 156.) No opposition has been filed, and the time to do so expired.

For the reasons argued by the Government, and with no opposition, the motion is **GRANTED**. The two-level reduction is approved, and Padin's sentence is modified to 37 months followed by two years of supervised release. All other conditions of the sentence remain the same. The Clerk is **DIRECTED** to enter a new judgment reflecting the reduced sentence.

**ORDERED** in Fort Myers, Florida on May 26, 2026.

Kyle C. Dudek
United States District Judge